

**ORDERED in the Southern District of Florida on March 3, 2023.**

_Mindy A. Mora_

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**CASE NO.:  21-11136-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

YSELA RODRIGUEZ-MARQUEZ
XXX-XX-9386

<u>DEBTOR</u>      /

**<u>ORDER GRANTING TRUSTEE'S MOTION TO DISMISS (DE# 47)</u>**

 **THIS CAUSE** came to be heard on the March 2, 2023 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Dismiss ("Motion"), and based on the record, it is

 **ORDERED:**

1. The Trustee's Motion is **<u>GRANTED</u>**.

2. This case is dismissed without prejudice.

ORDER GRANTING MOTION TO DISMISS
CASE NO.:  21-11136-BKC-MAM

3. Any funds remaining in the possession of the Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Trustee to be applied to the payment of any outstanding filing fees or other costs due to the Clerk of Court with respect to the subject Chapter 13 proceeding.  The Trustee is authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement.  If the Trustee does not have sufficient funds available to pay the balance due in full on behalf of the Debtor, the Debtor shall forthwith pay directly to the Clerk of the U.S. Bankruptcy Court any amount due and owing on said filing fees or other costs, as required by Local Rule 1017-2(E).

4. The Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by the Debtor if the refiling violates a prior order of the Court or if the petition is accompanied by an Application to Pay Filing Fees and Administrative Fees in Installments and filing fees remain due from any previous case filed by the Debtor.

5. All pending motions are denied as moot.

### 

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
YSELA RODRIGUEZ-MARQUEZ
1701 VILLAGE BOULEVARD
#101
WEST PALM BEACH, FL  33409

**ATTORNEY FOR DEBTOR**
JEFFREY S. HOCHFELSEN, ESQUIRE
1615 FORUM PLACE 5TH FLOOR
WEST PALM BEACH, FL  33401

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.